# EXHIBIT 1

**OKLAHOMA STATE COURTS NETWORK**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>CLEVELAND COUNTY</u>, OKLAHOMA

| | |
|---|---|
| The Crucible LLC,<br>　　Plaintiff,<br>v.<br>Acadia Insurance Company,<br>a Subsidiary of Berkley Southwest,<br>　　Defendant, and<br>Fm Boiler Re, a Subsidiary of Factory Mutual Insurance Company,<br>　　Defendant. | No. CJ-2025-1575<br>**(Civil relief more than $10,000: BAD FAITH INSURER LIABILITY)**<br><br>Filed: 10/03/2025<br><br>Judge: Tupper, Michael D |

# PARTIES

Acadia Insurance Company, Defendant
Fm Boiler Re, Defendant
The Crucible LLC, Plaintiff

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Sacra, Damon E<br>9246 S. SHERIDAN RD STE P<br>TULSA, OK 74133 | The Crucible LLC, |

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

Issue # 1.  Issue: BAD FAITH INSURER LIABILITY (INSURE)
Filed By:
Filed Date: 10/03/2025

| Party Name | Disposition Information |
|---|---|
|  | Pending. |

# DOCKET

| Date | Code | Description | | Amount |
|---|---|---|---|---|
| 10-03-2025 | [ TEXT ] | | #1 | |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | |
| 10-03-2025 | [ INSURE ] | | | |
| | | BAD FAITH INSURER LIABILITY | | |
| 10-03-2025 | [ DMFE ] | | | $ 7.00 |
| | | DISPUTE MEDIATION FEE | | |
| 10-03-2025 | [ PFE1 ] | | | $ 163.00 |
| | | PETITION | | |
| | | Document Available at Court Clerk's Office | | |
| 10-03-2025 | [ PFE7 ] | | | $ 6.00 |
| | | LAW LIBRARY FEE | | |
| 10-03-2025 | [ OCISR ] | | | $ 25.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | |
| 10-03-2025 | [ OCJC ] | | | $ 1.55 |
| | | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | |
| 10-03-2025 | [ OCASA ] | | | $ 5.00 |
| | | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | |
| 10-03-2025 | [ SSFCHSCPC ] | | | $ 10.00 |
| | | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | |
| 10-03-2025 | [ CCADMINCSF ] | | | $ 1.00 |
| | | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | |
| 10-03-2025 | [ CCADMIN0155 ] | | | $ 0.16 |
| | | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | |
| 10-03-2025 | [ SJFIS ] | | | $ 0.45 |
| | | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | |
| 10-03-2025 | [ DCADMIN155 ] | | | $ 0.23 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | |
| 10-03-2025 | [ DCADMIN05 ] | | | $ 0.75 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | |

| Date | Code | Description | Amount |
|---|---|---|---|
| 10-03-2025 | [ DCADMINCSF ] | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.50 |
| 10-03-2025 | [ CCRMPF ] | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | $ 10.00 |
| 10-03-2025 | [ CCADMIN04 ] | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | $ 0.50 |
| 10-03-2025 | [ LTF ] | LENGTHY TRIAL FUND | $ 10.00 |
| 10-03-2025 | [ SMF ] | SUMMONS FEE (CLERKS FEE) X2 | $ 20.00 |
| 10-03-2025 | [ TEXT ] | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE TUPPER, MICHAEL D TO THIS CASE. | |
| 10-03-2025 | [ ACCOUNT ] | RECEIPT # 2025-1395931 ON 10/03/2025. PAYOR: SACRA LAW PLLC TOTAL AMOUNT PAID: $ 262.14. LINE ITEMS: CJ-2025-1575: $183.00 ON AC01 CLERK FEES. CJ-2025-1575: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL. CJ-2025-1575: $1.66 ON AC31 COURT CLERK REVOLVING FUND. CJ-2025-1575: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. CJ-2025-1575: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. CJ-2025-1575: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY. CJ-2025-1575: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS. CJ-2025-1575: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND. CJ-2025-1575: $25.00 ON AC79 OCIS REVOLVING FUND. CJ-2025-1575: $10.00 ON AC81 LENGTHY TRIAL FUND. CJ-2025-1575: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. CJ-2025-1575: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | |