# EXHIBIT 3

# IN THE DISTRICT COURT IN AND FOR CLEVELAND COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| THE CRUCIBLE, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CJ-2025-1575 |
| ACADIA INSURANCE COMPANY, a Subsidiary of BERKLEY SOUTHWEST, and FM BOILER RE, a Subsidiary of FACTORY MUTUAL INSURANCE COMPANY, | ) Judge: Tupper |
| Defendants. | ) |

*PLEASE RETURN ORIGINAL*

*OKLAHOMA INSURANCE DEPARTMENT RECEIVED OCT 27 2025 LEGAL DIVISION*

## SUMMONS

To the above-named Defendant:

Acadia Insurance Company
c/o Oklahoma Insurance Department
400 NE 50th St.
Oklahoma City, OK 73105

    You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the Court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

    Unless you answer the Petition within the time stated judgment will be rendered against you with costs of the action.

ISSUED THIS __3__ day of __Oct.__, 2025.

CLEVELAND COUNTY COURT CLERK

By: _____
Deputy Court Clerk
Marilyn Williams

(seal)

Attorney for Plaintiff:

Name: Sacra Law, PLLC
Damon E. Sacra, OBA #21345

Address: 9246 S. Sheridan Rd., Suite P
Tulsa, OK 74133

Telephone: (918) 732-9221

This Summons was served via Certified Mail, Return Receipt Requested on the _____ day of _____, 2025.

_____
Damon E. Sacra

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.